## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRESEAN GINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No.: 3:22-cv-840-DWD |
| | ) |
| | ) |
| SKYJACK, INC., ET AL, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 20, 2022 (Doc. 100) reflecting settlement between the parties, as well as the Stipulation of Dismissal (Doc. 101), this action is **DISMISSED with prejudice** with each party to bear its own costs as to Defendants SkyJack, Inc., United Rentals North America, Inc., and Lowe's Home Centers, LLC.

**IT IS SO ORDERED.**

**DATED: February 2, 2023**

MONICA A. STUMP, Clerk of Court

_s/ Dana M. Winkeler_
**Deputy Clerk**

Approved: _s/ David W. Dugan_
**David W. Dugan, U.S. District Judge**